UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES - GENERAL

Lexington        Case No. 08-CR-195-KSF-2        At Lexington        Date June 14, 2013

U.S.A. vs. Tabitha R. Smith        x  present   x  custody   ___ bond   ___ OR

=====

PRESENT:    HON. ROBERT E. WIER, UNITED STATES MAGISTRATE JUDGE

| Susan Adkins | Rhonda Sansom | Ron L. Walker, Jr. |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Defendant: John C. Helmuth   x  present   x  appointed   ___ retained

PROCEEDINGS:    STATUS CONFERENCE

The parties appeared for status conference on referral from the District Judge.  *See* DE ##115, 116.  The Court confirmed the procedural posture of the case with the parties.  Specifically, the Court confirmed that Judge Forester determined that Defendant had violated the conditions of her supervised release on March 29, 2013.  To address the violations, Judge Forester remanded Defendant to custody and directed that she should either successfully complete a thirty-day inpatient substance abuse treatment program at the Schwartz Center or, should she be unable to pay the costs of the treatment or not succeed, serve a six-month sentence.  In either event, Judge Forester extended Defendant's term of supervised release for a period of three years, less time served in custody on the pending revocation proceeding.  The Court confirmed that Defendant remained in custody until space became available at the Schwartz Center, and then she successfully completed an inpatient treatment program.

The parties stated that they were in agreement to Defendant's release on some additional conditions, including attendance at AA or NA meetings and counseling.

For the reasons stated more fully on the record, the Court issues the following Recommended Disposition.

The Court **RECOMMENDS** as follows:

1.  The Court recommends Defendant's release, effective today, to three years of supervised release, less the time Defendant spent in custody on this revocation matter.  The conditions of Defendant's supervised shall be those previously imposed by Judge Forester, along with the following additional conditions:

    a.  Defendant shall reside with her parents at the address stated on the record.  Defendant cannot move or change her residence without advance approval from the United States Probation Office ("USPO").

    b.  Defendant shall seek and maintain employment.

    c.  Defendant shall comply with the aftercare recommendations made by the Schwartz Center, which include at least four AA or NA meetings per week and outpatient counseling.  Defendant must actively participate in the meetings and counseling in good faith.

    d.  Defendant shall appear in court once per month for a status hearing until the Court lifts the restriction.  Defendant shall submit to drug testing before each court appearance.  The Court **SCHEDULES** the first status hearing for **July 15, 2013, at 1:00 p.m.**, in Lexington before Judge Wier.

  e. The USPO may search Defendant's person and property, including her full residence, at any time, without a warrant, upon reasonable suspicion of a release violation. Search scope relates only to the reasonable scope of suspicion.

  f. Defendant shall have no contact with Brett McIntosh between today and the date of the first status hearing.

These additional supervised release conditions apply immediately and unless and until revised.

2. The Court directs the parties to 28 U.S.C. § 636(b)(1) for appeal rights concerning this recommendation, issued under subsection (B) of the statute. *See also* 18 U.S.C. § 3401(I). As defined by § 636(b)(1), within fourteen days after being served with a copy of this recommended decision, any party may serve and file written objections to any or all portions for consideration, de novo, by the District Court. Failure to make timely objection consistent with the statute and rule may, and normally will, result in waiver of further appeal to or review by the District Court and Court of Appeals. *See United States v. Walters*, 638 F.2d 947, 950 (6th Cir. 1981); *Thomas v. Arn*, 106 S. Ct. 466 (1985).

Copies: COR, USP, USM
Initials of Deputy Clerk <u>sla</u>
TIC: 0/.23

**Signed By:**

<u>*Robert E. Wier*</u>   *REW*

**United States Magistrate Judge**