UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CRIMINAL ACTION NO. 08-cr-195-KSF

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                                    **OPINION AND ORDER**

TABITHA R. SMITH                                                      DEFENDANT

\* \* \* \* \* \* \* \*

This matter is before the Court on the June 14, 2013 Recommendation of Magistrate Judge Robert E. Wier [DE 117] regarding Defendant Tabitha R. Smith's release and additional conditions. No objections were filed to the Magistrate Judge's findings of fact and recommendation, and the time for filing same has passed. "It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Moreover, a party who fails to file objections to a Magistrate Judge's recommendation waives the right to appeal. *See Wright v. Holbrook*, 794 F.2d 1152, 1154-55 (6th Cir. 1986). Having examined the record, the Court is in agreement with the Magistrate Judge's Report and Recommendation.

Accordingly, it is hereby **ORDERED** that the Magistrate Judge's Recommendation [DE 117] is **ADOPTED** and **INCORPORATED**  by reference.

This July 15, 2013.



**Signed By:**

*__Karl S. Forester__*  K S F

**United States Senior Judge**